■ PETER SCHWEITZ, Respondent, v L.W. FLECKENSTEIN & Co., Respondent and Third-Party Plaintiff-Respondent, and WRIGHT CHEMICAL CORPORATION, Respondent, Third-Party Plaintiff-Respondent, and Second Third-Party Plaintiff-Respondent. NEW YORK HILTON, Third-Party Defendant-Respondent; KEWANNE-STANDARD WELDING COMPANY, Second Third-Party Defendant-Appellant.—Order, Supreme Court, New York County (Harold Baer, Jr., J.), entered on October 19, 1987, unanimously affirmed, without costs and without disbursements. The motion by respondent Fleckenstein to strike the purported brief of respondent Wright is granted. No opinion. Concur—Murphy, P. J., Sullivan, Milonas, Rosenberger and Wallach, JJ.

■ INDEPENDENCE FABRICS, INC., Respondent, v CHERRY HILL TEXTILES, INC., Respondent and Third-Party Plaintiff-Respondent. NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Third-Party Defendant-Appellant.—Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about July 6, 1988, unanimously affirmed, for reasons stated by Shainswit, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Carro, Ellerin and Wallach, JJ.